133 A.3d 279

IN THE MATTER OF DANIEL J. ROY, AN ATTORNEY
AT LAW (ATTORNEY NO. 000691975).

March 10, 2016.

## ORDER

The Disciplinary Review Board having filed a certification of
Board Counsel pursuant to *Rule* 1:20–17(e)(1) (DRB 14–273),
reporting that **DANIEL J. ROY** of **MAPLEWOOD,** who was
admitted to the bar of this State in 1975, has failed to pay the
administrative costs assessed in connection with disciplinary pro-
ceedings that resulted in the imposition of discipline by Order filed
July 2, 2015, and good cause appearing;

It is ORDERED that **DANIEL J. ROY** be temporarily sus-
pended from the practice of law pending payment in full of the
assessed administrative costs and accrued interest as determined
by the Disciplinary Review Board, effective April 11, 2016, and
until further Order of the Court; provided, however, that this
Order shall be vacated automatically if the Disciplinary Review
Board reports that prior to the effective date of the suspension,
payment in full has been made or a satisfactory installment
payment plan is in place and current; and it is further

ORDERED that if respondent seeks to be heard on this matter,
he shall file with the Clerk of the Court within ten days after the
filed date of this Order a written request for the issuance of an
Order to Show Cause; and it further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that **DANIEL J. ROY** be restrained and enjoined
from practicing law during the period of suspension and that
respondent comply with *Rule* 1:20–20.